**B 2100A (Form 2100A) (12/15)**

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF ARKANSAS

In re:  KEVIN S. NICHOLS                                              Case No.   13-14252

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citibank, N.A., as trustee for CMLTI Asset Trust | CITIBANK N.A. AS TRUSTEE FOR CMLTI ASSET TRUST BY PENNYMAC LOAN SERVICES, LLC ITS SERVICING AGENT |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006
Phone: (312)291-3781
Last Four Digits of Acct #: 8785

Court Claim # (if known): 6-1
Amount of Claim :  $97770.03
Date Claim Filed  : 11/25/2013

Phone :  (404) 994-7400
Last Four Digits of Acct #: 3746

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006
Phone: (312)291-3781
Last Four Digits of Acct #: 8785

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Dipika Parmar
AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent

Date :  05/29/2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| Case Name: <u>KEVIN S. NICHOLS</u> | ) ) ) ) ) | Case No. 13-14252<br>Judge Name: Richard D. Taylor<br><br>Chapter: 13 |

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 05/29/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Citibank, N.A., as trustee for CMLTI Asset Trust filed Transfer of Claim.

The filing of this Transfer of Claim, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3001(e)(2) and all applicable Bankruptcy Rules.

I hereby certify that on 05/29/2018 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid

Debtor:
KEVIN S. NICHOLS
7507 DENISE DRIVE
LITTLE ROCK, AR 72209

I hereby certify that on 05/29/2018 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
JOYCE BRADLEY BABIN
PO BOX 8064
LITTLE ROCK, AR 72203

Debtor's counsel:
BRAD HENDRICKS LAW FIRM
CAROLINE CURRY LEWIS
500 C PLEASANT VALLEY DRIVE
LITTLE ROCK, AR 72227

All Parties in Interest
All Parties requesting Notice

By: /s/ Dipika Parmar
Dipika Parmar, AIS Portfolio Services, LP as
agent Transferee/Transferee's Agent